[No. 13809-0-I. Division One. April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. AL CARL RICHEY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit

County, No. 83–1–00124–1, Harry A. Follman, J., entered August 12, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.